App. Div.]                    Second Department, June, 1906.

James C. Gowdey, as Administrator, etc., of Harriet L. Gowdey, Deceased, Appellant, v. Erie Railroad Company, Respondent.— Judgment and orders unanimously affirmed, with costs, on the authority of McSweeney v. Erie R. R. Co. (93 App. Div. 496). Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Minnie Guth, Respondent, v. Joseph Barth, Appellant.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Carrow Harris, Respondent, v. Metropolitan Street Railway Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ.

Abner J. Haydel, Respondent, v. Howard Gould, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

August Helmke, Appellant, v. The City of New York, Respondent. (Action No. 1) — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

August Helmke, Appellant, v. The City of New York, Respondent. (Action No. 2.) — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of Patrick W. Cullinan, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 26,569, issued to Hugo Bauer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

In the Matter of the Application of John W. Dayton for Revocation of Letters of Administration Granted to Henry E. Van Dyke on the Personal Estate of Mathilda De Marais Van Dyke, Deceased. Henry E. Van Dyke, Appellant, v. John W. Dayton, Respondent.— Decree of the Surrogate's Court of Kings county reversed, with costs, on the ground that the husband was not disqualified to act as his wife's administrator, and the petition for revocation of letters dismissed, with costs. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of Proving the Last Will and Testament of Johanna Doelger, also Known as Johanna Doelger Schneider, Deceased, as a Will of Real and Personal Property. George Schneider and Johanna Fensterer, Appellants; Charles Reinhardt, as Executor, etc., of Johanna Doelger, Deceased, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, without costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of Henry Escher, Jr., as Special Guardian of Edythe M. Kainer, an Infant, Respondent, for the Removal of Hugo Wantzelius, as General Guardian of Said Infant, Appellant. Ætna Indemnity Company, Appellant. In the Matter of the Application of Henry Escher, Jr., as Special Guardian of Camille J. N. Kainer, an Infant, Respondent, for the Removal of Hugo Wantzelius, as General Guardian of Said Infant, Appellant. Ætna Indemnity Company, Appellant.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

In the Matter of the Transfer Tax upon the Estate of Veronica Mock, Deceased. The Comptroller of the State of New York, Appellant; William B. Davenport, Former Public Administrator of Kings County, and Another, Respondents.— Order of the Surrogate's Court of Kings county reversed, without costs, on the authority of Matter of Corbett (171 N. Y. 516). Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Julius Jacoby, Appellant, v. Samuel Jacoby and Emma Wyler, Appellants, Impleaded with Henrietta Jacoby and Others, Respondents.— Judgment affirmed, with costs, on opinion of Mr Justice Kelly at Special Term (Reported in 47 Misc. Rep. 427.) Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Ann Eliza Jones, Respondent, v. Courtlandt D. Moss, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Anna M. Killmer, Respondent, v. New York City Railway Company, Appellant. — Judgment and order denying motion for new trial unanimously affirmed, without costs. No opinion. Present — Woodward, Jenks, Hooker and Rich, JJ. Order granting extra allowance reversed, without costs, for want of power